UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

D-12   TEEAUNA WHITE,

          Defendant.

_____/

CRIMINAL NO: 17-20489

HONORABLE Terrence G. Berg

## DEFENDANT'S ACKNOWLEDGMENT OF THE TENTH SUPERSEDING INDICTMENT

I, TEEAUNA WHITE, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Tenth Superseding Indictment in this cause prior to pleading to it, and I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT FOUR:   Up to 20 years imprisonment; and/or $500,000 fine or twice the value of the property involved, whichever is greater.

_____
Teeauna White
Defendant

Dated:

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a

copy of the Standing Order for Discovery and Inspection, which requires all pretrial motions to be filed within twenty (20) days of arraignment.

_____
Print:   Allison Kriger
Counsel for Defendant

Dated: 7/20/23