

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
AUG - 9 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D-12 Teeauna White,

      Defendant.

Case No. 17-20489

Hon. Terrence G. Berg

## VERDICT FORM

We, the jury, unanimously find the following:

### COUNT FOUR

**Question 1:** With respect to the charge in Count Four of the Tenth Superseding Indictment, which charges the defendant with money laundering conspiracy, we the jury find the defendant, Teeauna White:

_____ Not Guilty      \_\_\_X\_\_\_ Guilty

If you found the defendant guilty in response to Question 1, proceed to Question 2 and answer A and B.

**Question 2:** We the jury find that the object of the conspiracy was to:

A. Violate 18 U.S.C. § 1956 by either: promoting the carrying on of a conspiracy to distribute controlled substances; *or* knowing the transaction was designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of such conspiracy; *or* knowing the transaction was designed in whole or in part to avoid a transaction reporting requirement under State or Federal law.

_____X_____ Yes          _____ No

B. Violate 18 U.S.C. § 1957 by knowingly engaging in a monetary transaction in criminally derived property of a value greater than $10,000

_____X_____ Yes          _____ No

Date: 8/9/2023

/s/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-18 Robin Herndon,

        Defendant.

Case No. 17-20489

Hon. Terrence G. Berg

---

## VERDICT FORM

---

We, the jury, unanimously find the following:

### COUNT FOUR

**Question 1:** With respect to the charge in Count Four of the Tenth Superseding Indictment, which charges the defendant with money laundering conspiracy, we the jury find the defendant, Robin Herndon:

_____ Not Guilty      __X__ Guilty

If you found the defendant guilty in response to Question 1, proceed to Question 2 and answer A and B.

**Question 2:** We the jury find that the object of the conspiracy was to:

**A.** Violate 18 U.S.C. § 1956 by either: promoting the carrying on of a conspiracy to distribute controlled substances; *or* knowing the transaction was designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of such conspiracy; *or* knowing the transaction was designed in whole or in part to avoid a transaction reporting requirement under State or Federal law.

___X___ Yes    _____ No

B. Violate 18 U.S.C. § 1957 by knowingly engaging in a monetary transaction in criminally derived property of a value greater than $10,000

___X___ Yes    _____ No

Date: 8/9/2023

**/s/Jury Foreperson**
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal