UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

                      Criminal No. 17-20489

                      Honorable Terrence G. Berg

D-12 Teeauna White,

    Defendant.

### Government's Emergency Motion to Revoke Bond

Teeauna White was released on the condition that she not attempt to retaliate or intimidate witnesses. After she was convicted—and possibly before—White did both. White literally left the courthouse and began posting harassing messages about government witnesses and their families to what was described by her counsel as her widely followed "Pretty Pockets" Instagram account. White's bond should be immediately revoked.

### Brief

In 2019, White was charged with money laundering conspiracy. She appeared in the Eastern District of Michigan on June 18, 2019, and

was released on bond. White's bond was subject to certain conditions, including that she refrain from attempting to retaliate or intimidate witnesses. (ECF No. 234, PageID.1719). White acknowledged that she understood the conditions of her release.

White proceeded to trial and was convicted on August 9, 2023. Within hours of her conviction, White began to post harassing messages[1] to her social media account—the same social media account she claimed during her trial had tens of thousands of followers. White named those witnesses that testified against her and captioned each name with a picture of a rat. For one witness who is not in custody, White identified the city in which she believes the witness to reside.

White followed this initial message with a second post that focused on a single witness. In addition to naming the witness, White posted a picture of the witness, named the witness's spouse, and captioned the photo with additional harassing comments.

White's sister, who sat through the trial, joined in the harassment. The government has learned that during the trial, White's

---

[1] The government will file White's messages and videos separately under seal.

sister posted videos describing who "told." At some point during the trial, White joined her sister in a video. In the video, White's sister, arm-in-arm with White, was recorded saying "fu** [trial AUSA], fu** the feds, fu** DEA, fu** Detroit."

White's messages and "rat" captions were clearly intended as retaliation against witnesses who testified against her. This is sufficient on its own to result in the revocation of White's pretrial release. But White took her harassment one step further. White identified the city in which she believed a witness resided in an attempt to cause additional harassment for that witness. And, because she could not retaliate directly against an in-custody witness, she named his wife instead. White's bond should be revoked because she violated its terms.

In addition, White has now been convicted, thus, her release is governed by 18 U.S.C. § 3143. Under that section, "the judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence . . . be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community." 18 U.S.C. § 3143. Given her posts, the Court

can no longer find that she does not pose a danger to another person and her bond should be revoked.

The government has learned that White is scheduled to leave the Eastern District of Michigan in the early afternoon of August 10, 2023. Accordingly, the government respectfully moves this Court to revoke White's bond immediately or to amend White's bond to prohibit travel from the Eastern District of Michigan and schedule this matter for immediate hearing.

                                Respectfully submitted,

                                DAWN N. ISON
                                United States Attorney

                                <u>s/ Craig Wininger</u>
                                Craig F. Wininger
                                Gjon Juncaj
                                Assistant United States Attorneys
                                211 West Fort Street, Suite 2001
                                Detroit, Michigan 48226
                                313-226-9569
                                craig.wininger@usdoj.gov

Dated: August 9, 2023

CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Respectfully submitted,

DAWN N. ISON
United States Attorney
/s/ Craig F. Wininger
Craig F. Wininger  (57058)
Assistant United States Attorney
211 Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9569
craig.wininger@usdoj.gov