UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-20489-TGB |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO REVOKE BOND AND SETTING PRETRIAL RELEASE VIOLATION HEARING** |
| (12) TEEAUNA WHITE, | |
| Defendant. | |

Before the Court is the Government's Emergency Motion to Revoke Bond (ECF No. 724).  For the reasons stated therein, the Government's motion is **GRANTED** and Defendant White's bond is **REVOKED**.  A pretrial release violation hearing is set for Friday, August 11, 2023 at 10:00 a.m..

DATED this 10th day of August, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge