UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

Criminal No. 17-20489

Honorable Terrence G. Berg

D-12 Teeauna White,

      Defendant.

## Government's Motion to Adjourn Sentencing

The government moves to adjourn the sentencing currently scheduled for December 14, 2023. The government seeks an adjournment of no more than 14 days.

Lead counsel for the government is out of town from December 1, 2023, until December 8, 2023. Sentencing memorandums are due December 7, 2023. The government needs additional time to prepare its sentencing memorandum, which will incorporate responses to Defendant's presentence investigation report objections. The government received Defendant's objections on the evening of November 27, 2023. The government also needs additional time to finalize a motion for order of forfeiture. Defendant may file a response to the forfeiture motion. Additionally, AUSA Wininger will be out of town on the currently scheduled sentence date for work related travel. Following a several weeks trial, all

counsel for the government want to be present for the sentence.

In accordance with E.D. Mich. R. 7.1(a) the government sought but was denied concurrence for the instant motion. Counsel would not object to an adjournment if the government would agree to release White with a tether in the interim. Given White's behavior, especially after the guilty verdict, the government could not agree.

The government respectfully requests a brief adjournment of no more than 14 days.

                                    Respectfully submitted,

                                    Dawn N. Ison
                                    United States Attorney

                                    <u>s/ Andrea Hutting</u>
                                    Andrea Hutting
                                    Craig F. Wininger
                                    Gjon Juncaj
                                    Assistant United States Attorneys
                                    211 W. Fort Street, Suite 2001
                                    Detroit, MI 48226
                                    313-226-9110 phone
                                    andrea.hutting@usdoj.gov

Dated: December 1, 2023

## Certificate of Service

I hereby certify that on December 1, 2023, filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

s/Andrea Hutting
Andrea Hutting
Assistant United States Attorney
