UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                          Case No. 17-20489
                                                Hon. Terrence G. Berg

D-12 TEEAUNA WHITE,

    Defendant.
_____

**UNOPPOSED MOTION TO SEAL SENTENCING MEMORANDUM**

Counsel for Defendant Teeauna White requests permission to file Defendant's Sentencing Memorandum and its exhibits under seal. Counsel makes this request because the Sentencing Memorandum and exhibits contain personal and sensitive information which should remain confidential, and therefore, should not be filed on the public docket.

undersigned counsel sought concurrence in the instant motion from Assistant United States Attorney Andrea Hutting. On December 15, 2023, Ms. Hutting stated the government has no objection to the instant request, and this Court may enter an order permitting undersigned counsel to file under seal Defendant's Sentencing Memorandum without holding a hearing, if it believes the requested relief is warranted.

Respectfully submitted,

/s/ Allison L. Kriger
Allison L. Kriger (P76364)
Attorney for Teeauna White
LaRene & Kriger, P.L.C.
645 Griswold, Suite 1717
Detroit, MI 48226
(313) 967-0100
Allison.kriger@gmail.com

DATED: December 15, 2023